IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| RIO MOBILE HOME AND R.V. PARKS, INC. | § | |
| Debtor | § | Case No. 16-10150 |

**STATEMENT IN SMALL BUSINESS CASE
PURSUANT TO 11 U.S.C. SECTION 1116(1)(B)**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. Section 1161(1)(B) Debtor states

the following:

The Debtor's balance sheet as of December 31, 2015 and Federal Tax return are attached.


Date: November 4, 2016                    Rio Mobile Home and Rio RV Parks, Inc.

By: /s/ Dean Gutierrez
Dean Gutierrez, Sr., President
Rio Mobile Home and Rio RV Parks, Inc.



Respectfully submitted,

/s/ Antonio Martinez, Jr.
Antonio Martinez, Jr.
Attorney at Law
317 W. Nolana Ave. Suite C
McAllen, TX 78504
956-683-1090
Email: martinez.tony.jr@gmail.com