IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIO MOBILE HOME | § | Case No.: 16-10150-B-11 |
| AND R.V. PARKS, INC. | § | |
|     DEBTOR(S) | § | CHAPTER 11 |

FIRST AMENDED DECLARATION

    I am an attorney practicing in McAllen, Texas and I am duly licensed to practice before this Honorable Court. I have no connection with the Debtors' creditors, any party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee. I know of nothing which would prevent me or the Law Office of Antonio Martinez, Jr., P.C. from faithfully discharging the duties of counsel for the debtor-in-possession herein. I believe that I and the Law Office of Antonio Martinez, Jr., P.C. are disinterested parties as defined in Bankruptcy Code section 101(14).

    Furthermore, while employed by the Debtor, Law Office of Antonio Martinez, Jr., P.C shall not represent any entity having an adverse interest to the Debtor or its estate in the matters for which the Debtor has retained in connection with the Debtor's Chapter 11 Case.

    I do represent the Debtor's only shareholder in his bankruptcy case in the Bankruptcy Court for the Southern District of Texas, case no 16-70482.

    Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2016.                   /s/ Antonio Martinez, Jr.
                                                                            Antonio Martinez, Jr.