IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 16-10150 |
| RIO MOBILE HOME AND R.V. PARKS, INC. § | | |
| DEBTOR § | | CHAPTER 11 |

DEBTOR'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

*This motion seeks an Order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the Court may consider evidence at the Hearing and may decide the motion at the Hearing. Represented parties should act through their Attorney.*

TO THE HONORABLE JUDGE OF SAID COURT:

Rio Mobile Home and R.V. Parks, Inc. ("Debtor") files this Voluntary Motion to Dismiss Without Prejudice, through its attorney of record, Antonio Martinez, Jr. and would show the following:

1. On or about May 10, 2016, Debtor filed for a Chapter 11 Bankruptcy relief pursuant to the Bankruptcy Code.

2. Under section 11 USC § 1112(b) of the Bankruptcy Code the Debtor is entitled to have the Chapter 11 case dismissed at any time, and the Debtor, by this motion, respectfully requests that such case be dismissed and the case closed.

WHEREFORE PREMISES CONSIDERED, Debtor Rio Mobile Home and R.V. Parks, Inc. prays that the Court will enter an order dismissing this case without prejudice and closing the estate, and to any other relief it may be justly entitled to.

Dated: 2/20/2016

/s/ Dean Gutierrez
Dean Gutierrez
President of Rio Mobile Home and
R.V. Parks, Inc.

Respectfully submitted,

Law Office of Antonio Martinez, Jr., P.C.

/s/ Antonio Martinez, Jr.
Antonio Martinez, Jr.
Texas Bar No. 24007607
Fed. Bar No. 24176
317 W. Nolana
McAllen, Texas 78504
(956) 683-1090 phone
martinez.tony.jr@gmail.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on copy of the foregoing Voluntary Motion to Dismiss Without Prejudice was served on the date that the Voluntary Motion to Dismiss Without Prejudice was filed electronically. Service was accomplished via email, ECF, U.S. Mail on the following:

BY ELECTRONIC NOTICE, EMAIL OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

U.S. Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78401

Debtor(s):
Rio Mobile Home and R.V. Parks, Inc.
8801 Boca Chica Blvd.
Brownsville, TX

And all creditors on attached matrix.

/s/ Antonio Martinez, Jr.